UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARREL C. OLDS, JR.,

Petitioner,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

Respondent.

Case No. C08-5612 FDB/KLS

ORDER TO AMEND PETITION

This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

The Court notes that Petitioner has failed to name the correct Respondent, thereby depriving this Court of personal jurisdiction. *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984). 28 U.S.C. § 2243 requires that writs are to be directed "to the person having custody of the person detained." The proper respondent in a federal habeas corpus petition is the petitioner's "immediate custodian." *Demjanjuk v. Meese*, 784 F.2d 1114, 1115 (D.C.Cir. 1986). A custodian "is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner." *Guerra v. Meese*, 786 F.2d 414, 416 (D.C.Cir. 1986).

ORDER - 1

Therefore, Petitioner's custodian for purposes of his habeas corpus petition challenging the execution of his Washington state sentence, is the warden of the prison where he is currently confined. *See, e.g.*, *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

In addition, Petitioner has filed a "Petition for Writ of Habeas Corpus Per RCW 7.36," using a form of the Superior Court of the State of Washington for Thurston County. Dkt. # 8. Pursuant to Rule 2 of the Rules Governing Section 2254 Cases, a petition for habeas corpus must substantially follow the form prescribed by this Court. The petition must specify all the grounds for relief available to petitioner, state the facts supporting each ground, state the relief requested, be printed typewritten or legibly handwritten and be signed under penalty of perjury.

Accordingly, it is **ORDERED**:

(1) Petitioner shall amend his petition to name his immediate custodian and warden as Respondent **on or before January 30, 2009.** Petitioner shall use the form prescribed by this Court. To assist him, the Clerk of the Court is directed to mail Petitioner a 28 U.S.C. § 2254 Petition form;

(2) Petitioner's motion for extension of time to file service copies of petition (Dkt. # 3) is **DENIED** as moot. Petitioner is reminded that at the time he files his amended petition, he should submit one service copy of the petition; and

(3) The Court Clerk is directed to send a copy of this Order to Petitioner and to note this matter for the Court's **January 30, 2009** calendar.

DATED this __16th__ day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2