AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARREL C. OLDS, JR.

       v.

SCOTT FRAKES and ELDON VAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5612FDB/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal habeas corpus claims are **Dismissed without Prejudice** as they are unexhausted.

|  |  |
|---|---|
|    July 21, 2009    |    BRUCE RIFKIN    |
| Date | Clerk |
|  |    *s/CM Gonzalez*    |
|  | Deputy Clerk |